# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 18, 2012

**VIA LEXIS/NEXIS FILE AND SERVE**
**AND HAND DELIVERY**
The Honorable Richard G. Andrews
United States District Court
844 North King Street
Wilmington, DE 19801

> Re:   *PHL Variable Insurance Company v. The Helene Small Insurance Trust*
> C.A. No. 12-312-RGA

Dear Judge Andrews:

In advance of the June 20, 2012 scheduling conference in the above action, we are submitting for the Court's consideration the accompanying (separately docketed) proposed scheduling order agreed to by the parties.

Respectfully submitted,

Richard D. Heins (#3000)

RDH

cc:   John E. James, Esquire (*by electronic mail; w/attachment*)