**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| PHL VARIABLE INSURANCE COMPANY, | ) |
|  | ) |
| Plaintiff/Counterclaim-Defendant, | ) |
| v. | ) |
|  | ) C.A. No. 12-312-RGA |
| THE HELENE SMALL INSURANCE TRUST, by and through its trustee, WILMINGTON SAVINGS FUND SOCIETY, FSB, | ) ) ) |
|  | ) |
| Defendant/Counterclaim-Plaintiff. | ) |
|  | ) |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S**
**MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS**

In view of Defendant's filing of the First Amended Answer and Counterclaims on July 13, 2012 (D.I. 23) and in response to the Court's Oral Order of July 18, 2012, Plaintiff PHL Variable Insurance Company hereby withdraws, without prejudice, its motion to dismiss defendant's counterclaims (D.I. 15). To the extent any issues raised in that motion also apply to Defendant's First Amended Answer and Counterclaims, Plaintiff may raise them in response to the First Amended Answer and Counterclaims.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Richard D. Heins (I.D. #3000)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
rheins@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*
*PHL Variable Insurance Company*

{00652061;v1 }

*Of Counsel*:

Thomas F.A. Hetherington
Jarrett E. Ganer
EDISON, McDOWELL & HETHERINGTON LLP
Phoenix Tower
3200 Southwest Freeway, Suite 2100
Houston, Texas 77027
(713) 337-5580

Dated: July 18, 2012